# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. CERDA, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00093-BAM (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY DAYS |

On February 28, 2019, the Court conducted a settlement conference in Howell v. Babb, no. 1:18-cv-00467-LJO-BAM (E.D. Cal.); Howell v. Burns, no. 1:18-cv-00311-LJO-EPG (E.D. Cal.); Howell v. Selliers, no. 1:18-cv-00420-AWI-EPG (E.D. Cal.); Howell v. Douglas, no. 1:18-cv-00422-LJO-SKO (E.D. Cal.); Howell v. Alejo, no. 1:18-cv-00825-GSA (E.D. Cal.); Howell v. Flores, no. 1:18-cv-00879-DAD-BAM (E.D. Cal.); Howell v. Porter, no. 1:18-cv-01109-JLT (E.D. Cal.); Howell v. Randolph, no. 1:18-cv-01685-JDP (E.D. Cal.); Howell v. McConnell, no. 1:18-cv-01686-JDP (E.D. Cal.); Howell v. Cerda, no. 1:19-cv-00093-BAM (E.D. Cal.); Howell v. Davidson, no. 1:19-cv-00094-JLT (E.D. Cal.); Howell v. Tran, no. 2:18-cv-00513-MCE-CKD (E.D. Cal.); and Howell v. Pleshchuk, no. 2:18-cv-01788-DB (E.D. Cal.). During the settlement conference, the parties agreed to settle all actions, including the instant matter, with the exception of Howell v. Douglas, no. 18-cv-00422-LJO-SKO.

/ / /

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending dates and matters in this action are VACATED; and
2. The parties SHALL FILE dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **February 28, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

2